JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT JONES, JR.<br><br>                Plaintiff,<br><br>   vs.<br><br>THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY, a Wisconsin corporation,<br><br>                Defendant. | [Assigned for all purposes to the Hon. Andrew J. Guilford]<br><br>CASE NO: SACV-09-1502-AG(ANx)<br><br>**ORDER RE: DISMISSAL OF ENTIRE LAWSUIT WITH PREJUDICE**<br><br>[Fed. R. Civ. Proc. 41(A)(1)] |

44224_1.doc

**[PROPOSED] ORDER RE: DISMISSAL OF ENTIRE LAWSUIT WITH PREJUDICE**

1  Pursuant to Fed. R. Civ. Proc. 41(a)(1) and the stipulation of the parties
2  submitted on May 19, 2010, the matter is hereby dismissed with prejudice, with all
3  parties to bear their own costs and fees incurred herein.

5  IT IS SO ORDERED:

7  DATED:  May 21, 2010          By: _____
                                     Judge, United States District Court

11 Prepared By:
   HODEL BRIGGS WINTER LLP
12 MATTHEW A. HODEL
   MICHAEL S. LEBOFF
13 8105 Irvine Center Drive, Suite 1400
   Irvine, CA 92618
14 Telephone: (949) 450-8040
   Facsimile: (949) 450-8033

   Attorneys for Defendant
16 THE NORTHWESTERN MUTUAL LIFE INSURANCE COMPANY